Jimmie Hugene WOODSON,
Sr., Plaintiff–Appellant,

v.

Governor Jim GILMORE; Warden Alton Baskerville, Defendants–Appellees.

No. 01–6189.

United States Court of Appeals,
Fourth Circuit.

Submitted March 9, 2001.

Decided March 20, 2001.

Jimmie H. Woodson, Sr., pro se.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

142

PER CURIAM.

Jimmie H. Woodson, Sr., seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Woodson v. Gilmore,* No. CA–00–952–2 (E.D.Va. Jan. 23, 2001). Furthermore, we find this appeal frivolous for purposes of 28 U.S.C.A. § 1915(e)(2), (g) (West Supp.2000). We deny Woodson's motions for release from incarceration, his motion for transfer, and his motion to dismiss counsel appointed by the State of Virginia. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*